IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

CHRISTI LYNN TURLEY,

    Plaintiff,

v.

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Civil Action No.: ED CV 21-410-PLA
Magistrate Judge Paul L. Abrams

**ORDER AWARDING EQUAL ACCESS TO JUSTICE
ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $8,000.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: August 1, 2022

*Paul L. Abrams*
Magistrate Judge Paul L. Abrams